Leslie A. Cohen (SBN 93698)
J'aime K. Williams (SBN 261148)
LESLIE COHEN LAW PC
506 Santa Monica Blvd. Suite 200
Santa Monica, CA 90401
T: 310.394.5900
F: 310.394.9280
leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>LITE SOLAR CORPORATION,<br><br>        Debtor<br><br>BRAD D. KRASNOFF, Chapter 7 Trustee,<br><br>        Plaintiff(s),<br><br>v.<br><br>RANBIR S. SAHNI aka RON SAHNI; AND TOTALIS ENERGY, LLC aka TOTALIS ENERGY SOLUTIONS,<br><br>        Defendant(s) | Case No.: 2:16-bk-19896-BB<br><br>Adv. No.: 2:19-ap-01173-BB<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Status Conference:<br>Date:    November 5, 2019<br>Time:    2:00 p.m.<br>Courtroom: 1539 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

Rahnbir S. Sahni and Totalis Energy, LLC (together, "**Defendants**"), defendants in the above-captioned adversary proceeding, and Brad D. Krasnoff, Chapter 7 Trustee and

1

Plaintiff herein ("**Plaintiff**," and together with Defendants, the "**Parties**"), by and through their respective counsel, hereby stipulate as follows:

### RECITALS

WHEREAS on June 17, 2019, Plaintiff filed his complaint initiating this adversary proceeding, case no. 2:19-ap-01173-BB ("**Complaint**");

WHEREAS on June 19, 2019, the Court entered the Summons and Notice of Status Conference [Docket No. 2] which set July 19, 2019 as the deadline for the Defendants to respond to the Complaint ("**Response Deadline**");

WHEREAS the Parties previously stipulated to continue the Response Deadline to September 18, 2019;

WHEREAS the Parties have agreed to continue the Response Deadline an additional 3 weeks;

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

### STIPULATION

1. The Defendants' Response Deadline shall be extended through and including October 10, 2019.

2. This Stipulation may be executed in counterparts, which shall be considered together as a single document. Furthermore, this Stipulation may be executed by facsimile copy or pdf, and facsimile or pdf signatures will be treated as original signatures.

IT IS SO STIPULATED.

| | |
|---|---|
| LESLIE COHEN LAW PC | DANNING GILL DIAMON & KOLLITZ, LLP |
| By: /s/ Leslie A. Cohen<br>Leslie A. Cohen, Esq.<br>Attorneys for Defendants | By: _____<br>Eric P. Israel, Esq.<br>Aaron E. De Leest, Esq.<br>Attorneys for Plaintiff |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd, Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/16/19  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brad D Krasnoff (TR)    BDKTrustee@dgdk.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/16/19  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

Office of United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/16/19 | Odalys Garcia | /s/ Odalys Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**